Hal Painter, Jr., Plaintiff-Appellee, v. William E. Charlton, Defendant-Appellant.

Gen. No. 64–F–3.

Fifth District.
February 19, 1964.
Rehearing denied April 2, 1964.

Burton C. Bernard, and Joseph R. Davidson, of Granite City, for appellant; Moran, Beatty & Hiscott, of Granite City, for appellee. Opinion by JUSTICE REYNOLDS. **Not to be published in full.**